# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**KINGRALE COLLINS**  
ADC #102818                                                                   **PETITIONER**

v.                                    No. 2:25-cv-120-DPM

**R. TODD BALL, Warden;**  
**BRANDON DAVIS, Deputy Warden;**  
**and RICHARDSON, Deputy Warden**                      **RESPONDENTS**

## ORDER

Unopposed recommendation, *Doc. 11*, adopted as clarified. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). This Court lacks subject matter jurisdiction; that is why his § 2254 petition must be dismissed without prejudice. The Court denies a certificate of appealability. 28 U.S.C. § 2253; *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 August 2025