# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**KINGRALE COLLINS**  
**ADC #102818**                                                               **PETITIONER**

v.                          No. 2:25-cv-120-DPM

**R. TODD BALL, Warden;**  
**BRANDON DAVIS, Deputy Warden;**  
**and RICHARDSON, Deputy Warden**                                **RESPONDENTS**

## JUDGMENT

Collins's § 2254 petition, *Doc. 3*, is dismissed without prejudice.

*/s/ DPMarshall Jr.*

D.P. Marshall Jr.  
United States District Judge

20 August 2025